IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-03036-CMA-CBS

RENEE RANSOM,

    Plaintiff,

v.

PREMIERE CREDIT OF NORTH AMERICA, LLC, a Indian limited liability company

    Defendant.

---

ORDER OF DISMISSAL WITH PREJUDICE

---

In light of the Notice of Dismissal (Doc. # 8) and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE on the merits, each party to pay her or its own attorney's fees and costs.

DATED: February __15__, 2011.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge